1  -Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PINSON, | Federal Case No.: 5:15-CV-04616-RMW |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GMAC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Joseph Pinson, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant GMAC, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1
NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GMAC

1  Defendant GMAC, has neither answered Plaintiff's Complaint, nor filed a motion for
2  summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and
3  without an Order of the Court.

4

5  Dated: February 2, 2015                    Sagaria Law, P.C.

6                                              By:    */s/ Elliot W. Gale*
7                                                       Elliot W. Gale
                                                Attorneys for Plaintiff
8                                               Joseph Pinson

2
NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GMAC