United States District Court
Northern District of California

1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                                NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSEPH PINSON,                              Case No.   15-cv-04616-RMW

                    Plaintiff,

12

            v.                                   **ORDER TO SHOW CAUSE RE
13                                               SETTLEMENT**

     EXPERIAN INFORMATION SOLUTIONS,             Re: Dkt. No. 26
14   INC.,

15                  Defendant.

16

17        The parties, having filed a Notice of Settlement on **May 2, 2016** (See Docket Item No. 60),

18   are ordered to appear before the Honorable Ronald M. Whyte on **July 1, 2016 at 9:00 AM** in

19   Courtroom No. 6, 4th Floor, United States District Court, 280 South First Street, San Jose,

20   California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule

21   of Civil Procedure 41(b).  On or before **June 24, 2016**, the parties shall file a joint statement in

22   response to the Order to Show Cause setting forth the status of settlement efforts as well as the

23   amount of additional time necessary to finalize and file a dismissal.

24        The Order to Show Cause shall be automatically vacated and the parties relieved of the

25   obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

26   Procedure 41(a) is filed on or before **June 21, 2016**.

27        All other pretrial deadlines and hearing dates are VACATED and any pending motions are

28   15-cv-04616-RMW
     ORDER TO SHOW CAUSE RE SETTLEMENT
                                                1

1    TERMINATED.

2         Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

3    this action.

4         **IT IS SO ORDERED.**

5    Dated: May 6, 2016

6                                                    _____

                                                     Ronald M. Whyte
7                                                    United States District Judge